IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT EARL THOMAS,** | Case No. 2:21-cv-01121-WBS-JDP (HC) |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **PATRICK COVELLO,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's motion for an extension of time, ECF No. 17, is granted, and his response to Petitioner's petition for writ of habeas corpus shall be filed on or before August 5, 2022.

IT IS SO ORDERED.

Dated: July 11, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE