UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERT EARL THOMAS, | Case No. 2:21-cv-01121-WBS-JDP (HC) |
|---|---|
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME |
| v. | |
| PATRICK COVELLO, | ECF No. 27 |
| Respondent. | |

Petitioner has filed a motion for an extension of time to file an opposition to respondent's motion for summary judgment. ECF No. 27. Good cause appearing, it is hereby ORDERED that:

1. Petitioner's motion for an extension of time, ECF No. 27, is granted.

2. Petitioner is granted up and until January 6, 2023, to file an opposition to respondent's motion for summary judgment.

3. Absent extraordinary circumstances, no further extensions of time will be granted.

IT IS SO ORDERED.

Dated: December 9, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE