UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EARL THOMAS,<br><br>    Petitioner,<br><br>  v.<br><br>PATRICK COVELLO,<br><br>    Respondent. | Case No. 2:21-cv-01121-WBS-JDP (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 34 |

Petitioner has filed a motion for an extension of time to file objections to the January 24, 2023 Findings and Recommendations. ECF No. 34. Good cause appearing, it is hereby ORDERED that:

1. Petitioner's motion for an extension of time, ECF No. 34, is granted.

2. Petitioner is granted up and until March 7, 2023, to file objections to the January 24, 2023 Findings and Recommendations.

3. Absent extraordinary circumstances, no further extensions of time will be granted.

IT IS SO ORDERED.


Dated:   February 7, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE