1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ROBERT EARL THOMAS,                          Case No.  2:21-cv-01121-WBS-JDP (HC)

12                    Petitioner,                  ORDER

13            v.

14    PATRICK COVELLO,

15                    Respondent.

16

17         Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On January 24, 2023, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within fourteen days.  Petitioner has filed

23    objections to the findings and recommendations.

24         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26    court finds the findings and recommendations to be supported by the record and by proper

27    analysis.

28    /////

                                                    1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed January 24, 2023, are adopted in full;

3        2.  Respondent's motion to for summary judgment, ECF No. 19, is granted and the

4    petition is dismissed as time-barred;

5        3.  The Clerk of Court is directed to close this matter; and

6        4.  For the reasons set forth in the findings and recommendations, the court declines to

7    issue the certificate of appealability referenced in 28 U.S.C. § 2253.

8    Dated:  March 22, 2023

9                                          WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28