UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ROBERT EARL THOMAS, | No. 2:21-cv-1121 WBS JDP (HC) |
| Petitioner, | |
| v. | ORDER |
| PATRICK COVELLO, | |
| Respondent. | |

----oo0oo----

Petitioner Robert Earl Thomas has filed an "Application for Certificate of Appealability." (Docket No. 39.) The court previously adopted the Magistrate Judge's recommendation that the petition be dismissed as time-barred and declined to issue a certificate of appealability in its order adopting the Magistrate Judge's Findings and Recommendations, for the reasons stated in the Findings and Recommendations. (Docket No. 37; see also Docket No. 33.) The court once again declines to issue a certificate of appealability, for the reasons stated in the Findings and Recommendations. Accordingly, petitioner's

1

application (Docket No. 39) is DENIED.

       IT IS SO ORDERED.

Dated: April 25, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE